CATHRYN G. HASKELL, as Executrix of EDWARD L. HASKELL, Deceased, Respondent, *v.* STATE OF NEW YORK, Appellant.

(Claim No. 24690.)

Argued April 18, 1940; decided May 21, 1940.

*John J. Bennett, Jr., Attorney-General (Leon M. Layden* of counsel), for appellant.

*Albert Averbach* and *Walter Wilcox* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY and CONWAY, JJ. Taking no part: SEARS and LEWIS, JJ.